6

From: The District Court of the Eleventh Judicial District. County of Flathead.
STATE OF MONTANA, Plaintiff, vs. JAMES ALLEN JACKSON, Defendant.

DECISION

No. 3473

The application of the above-named defendant for a review of the sentence of 5 years for Issuing a Bad Check to run consecutively with previous conviction imposed on January 21, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Mark Bauer, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Fourth Judicial District. County of Lake.
STATE OF MONTANA, Plaintiff, vs. FRANKLIN WAYNE SHAMMEL, Defendant.

DECISION

No. Cr 1108

The application of the above-named defendant for a review of the sentence of 20 years with 10 years suspended, for Sale of Dangerous Drugs imposed on April 7th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Robert J. Boyd.

From: The District Court of the Eighth Judicial District. County of Cascade.
STATE OF MONTANA, Plaintiff, vs. KENNETH E. CUSTER, Defendant.

DECISION

No. 6653 A

The application of the above-named defendant for a review of the sentence of 10 years for Theft imposed on March 30th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Mark Bauer, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.